MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

GENEVIEVE R. WALSER-JOLLY (State Bar No. 262784)
grw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ANGELA GARR, *on behalf of herself and all others similarly situated*, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. 4:18-cv-06997-DMR <br><br> **[PROPOSED]** ORDER GRANTING UNOPPOSED MOTION TO STAY PENDING APPROVAL OF CLASS SETTLEMENT IN PARALLEL ACTION <br><br> AS MODIFIED |

1    Having considered Wells Fargo Bank, N.A.'s unopposed Motion to Stay Pending
2 Approval of Class Settlement in Parallel Action and Plaintiff's opposition thereto, and good cause
3 appearing therefor, the Court HEREBY GRANTS the motion and STAYS this action for 90 days
4 from the date of this Order, to allow the Court presiding over *Prather v. Wells Fargo Bank, N.A.*
5 (N.D. Ill. Case No. 1:17-cv-00481) in the United States District Court for the Northern District of
6 Illinois to consider the proposed settlement of that action, and to conserve Court and party
7 resources in the event that settlement is approved, mooting the claims in this action. The March
8 19, 2019 hearing is vacated.

9    The parties shall file a joint status report 90 days from the date of this Order.

11 DATED: February 11, 2019

_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge