DANIEL C. GIRARD (SBN 114826)
ANGELICA M. ORNELAS (SBN 285929)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
aornelas@girardsharp.com

Attorneys for Plaintiff
and putative Class Members

MARK D. LONERGAN (SBN 143622)
REBECCA S. SAELAO (SBN 222731)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
mdl@severson.com
rss@severson.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA GARR, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　　Defendant. | Case No. 3:18-cv-06997-EDL<br><br>**JOINT STATUS UPDATE** |

The parties submit this status update pursuant to this Court's order dated June 12, 2019.

Plaintiff Angela Garr and Defendant Wells Fargo Bank, N.A. are parties to the Settlement Agreement reached in *Prather v. Wells Fargo Bank, N.A*., Case No. 17-cv-00481 (N.D. Ill.), Dkt. 80-1, which was granted preliminary approval by the court in *Prather* on July 10, 2019, Dkt. 84.

The parties therefore request that the stay of this action be extended to permit further proceedings in the *Prather* action to take place, and without prejudice to any parties' right to file an interim update with the Court regarding developments in *Prather* they believe may affect the stay in this case.

DATED:   August 8, 2019          GIRARD SHARP LLP

                                 By:   */s/ Angelica Ornelas*
                                       Angelica Ornelas

                                 Attorneys for Plaintiff Angela Garr, *on behalf of herself and all others similarly situated*

DATED:   August 8, 2019          SEVERSON & WERSON
                                 A Professional Corporation

                                 By:   */s/ Rebecca S. Saelao*
                                       Rebecca S. Saelao

                                 Attorneys for Defendant WELLS FARGO BANK, N.A.

### ATTESTATION

I Rebecca S. Saelao am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I certify that concurrence in this filing has been obtained from all of the other signatories.

Dated:   August 8, 2019                    By:  */s/ Rebecca S. Saelao*