DANIEL C. GIRARD (SBN 114826)
ANGELICA M. ORNELAS (SBN 285929)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
aornelas@girardsharp.com

Attorneys for Plaintiff
and putative Class Members

MARK D. LONERGAN (SBN 143622)
REBECCA S. SAELAO (SBN 222731)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
mdl@severson.com
rss@severson.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA GARR, *on behalf of herself and all others similarly situated,*<br><br>　　　　　　Plaintiff,<br>　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　　Defendant. | Case No. 3:18-cv-06997-EDL<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

WHEREAS, Plaintiff Angela Garr ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant") are parties to the Settlement Agreement reached in *Prather v. Wells Fargo Bank, N.A.*, Case No. 17-cv-00481 (N.D. Ill.), Dkt. 80-1, which was granted final approval by the court in *Prather* on December 10, 2019, Dkt. 129.

NOW, therefore, Plaintiff and Defendant **HEREBY STIPULATE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this case be **DISMISSED WITHOUT PREJUDICE**, with the parties to bear their own costs and fees, except as set forth in the parties' Settlement Agreement, *Prather* Dkt. 80-1.

**IT IS SO STIPULATED**.

DATED: December 19, 2019       GIRARD SHARP LLP

By: */s/ Angelica Ornelas*
Angelica Ornelas

Attorneys for Plaintiff Angela Garr, *on behalf of herself and all others similarly situated*

DATED: December 19, 2019       SEVERSON & WERSON
A Professional Corporation

*/s/ Rebecca S. Saelao*
Rebecca S. Saelao

Attorneys for Defendant WELLS FARGO BANK, N.A.

Dated: 12/23/19

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION**

I, Rebecca S. Saelao, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I certify that concurrence in this filing has been obtained from all of the other signatories.

Dated: December 19, 2019       By: */s/ Rebecca S. Saelao*